# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRESCENT BANK & TRUST | : | CIVIL ACTION |
| v. | : | |
| CHESTER PIKE AUTO SALES, INC. | : | NO. 15-CV-4131 |

**ORDER**

AND NOW, this 30th day of November, 2017, IT IS HEREBY ORDERED that Plaintiff's motion for summary judgment (DKT. # 36) is DENIED.

BY THE COURT:

*s/J. William Ditter, Jr.*
J. WILLIAM DITTER, JR., J.