# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRESCENT BANK & TRUST | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHESTER PIKE AUTO SALES, INC. | : | NO.  15-CV-4131 |

## ORDER

AND NOW, this 26th day of January, 2018, IT IS HEREBY ORDERED that

Plaintiff's motion for reconsideration of the denial of Plaintiff's motion for summary

judgment (DKT. #47 ) is DENIED.

BY THE COURT:

_s/J. William Ditter, Jr._
J. WILLIAM DITTER, JR., J.